# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RICHARD FRED DITTMER II, <br> Defendant. | Case No. 2:18-cr-302-JAD-NJK <br><br> ORDER |

IT IS THEREFORE ORDERED that Richard Fred Dittmer II's pretrial release condition of home confinement is temporarily modified to allow Mr. Dittmer II to spend Christmas Eve and New Year's Day at his sister Denise Austin's house in Las Vegas, Nevada.

IT IS FURTHER ORDERED that Mr. Dittmer II is permitted to travel to Ms. Austin's house from the hours of 12:00 p.m. to 9:00 p.m. on December 24, 2018 and January 1, 2019.

IT IS FURTHER ORDERED that Mr. Dittmer II and Mr. Dittmer III shall not discuss this pending action during that time.

DATED this 19th day of December, 2018.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE