NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada State Bar No. 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD FRED DITTMER II, and<br>RICHARD FRED DITTMER III,<br><br>　　　　Defendants. | 2:18-CR-302-JAD-NJK<br><br>**Bill of Particulars for Forfeiture of Property** |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

This Bill of Particulars for Forfeiture of Property is a clarification of, and is more specific than, the Forfeiture Allegation of the Superseding Criminal Indictment (ECF No. 35), and the United States hereby gives notice to the defendants of this clarification and specificity with this Bill of Particulars concerning the Forfeiture of the Property:

**FORFEITURE ALLEGATION**
**Receipt of Child Pornography, Possession of Child Pornography,**
**Attempt Sexual Exploitation of a Child, and Distribution of Child Pornography**

1. The allegations contained in Counts One through Six of the Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One through Six of the Superseding Criminal Indictment,

**RICHARD FRED DITTMER II, and**
**RICHARD FRED DITTMER III,**

defendants herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. §§ 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2251(a), 2252A(a)(2), and 2252A(a)(5):

defendants herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. §§ 2251(a), 2252A(a)(2), and 2252A(a)(5) or any property traceable to such property:

1. Toshiba Laptop Computer, serial number 58057841Q, including its drive;
2. ACER Laptop Computer, serial number LXPY902035041047422000, including its drive;
3. Compaq Tower Computer, serial number MXK43808DL, including its drive;
4. Dell Tower Computer, serial number 5ZJLQ41, including its drive;
5. 1 GB Lexar Memory Stick;
6. Samsung Cellular Phone, serial number R21C83WBASX;
7. LG Cellular Phone, model number LG-K330 LK7, serial number 609CYWC104577, including its SIM card, bearing number 8901260772185818572.

All pursuant to 18 U.S.C. §§ 2251(a), 2252A(a)(2), 2252A(a)(5), 2253(a)(1), and 2253(a)(3).

DATED May 8, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on May 8, 2019.

                                                 /s/ Heidi L. Skillin
                                               HEIDI L. SKILLIN
                                               FSA Contractor Paralegal