RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_lambrose@fd.org

Attorney for Richard Fred Dittmer, II

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD FRED DITTMER II,<br><br>    Defendant. | Case No. 2:18-cr-00302-JAD-NJK<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Fourth Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rebecca Clinton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Richard Fred Dittmer, II, that the pretrial motion deadline be continued thirty (30) days.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 17, 2019, to file any and all pretrial motions and notice of defense, currently due June 17, 2019.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 31, 2019, to file any and all responsive pleadings, currently due July 1, 2019.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 7, 2019, to file any and all replies to dispositive motions, currently due July 8, 2018.

1. Defense counsel needs additional time to review discovery and conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

DATED this 18th day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By _/s/ Margaret W. Lambrose_<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By _/s/ Rebecca Clinton_<br>REBECCA CLINTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RICHARD FRED DITTMER II,<br><br>        Defendant. | Case No. 2:18-cr-00302-JAD-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to review discovery and conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including July 17, 2019 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including July 31, 2019 to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including August 7, 2019 to file any and all replies.

DATED this 19th day of June, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE