RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Richard Fred Dittmer, II

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RICHARD FRED DITTMER II,<br><br>        Defendants. | Case No. 2:18-cr-00302-JAD-NJK<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Richard Fred Dittmer II, that the pretrial motion and notices of defense currently due June 22, 2020 be vacated and continued to July 24, 2020

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 7, 2020, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 14, 2020, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review discovery and investigate defenses.

2. Defendant Richard Dittmer, II is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, the time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

This is the eighth stipulation to continue filed herein.

DATED this 22nd day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender<br>Attorney for Richard Fred Dittmer, II | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD FRED DITTMER II,<br><br>　　　　Defendants. | Case No. 2:18-cr-00302-JAD-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to review discovery and investigate defenses.

2. Defendant Richard Dittmer, II is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

3

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including July 24, 2020 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including August 7, 2020 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including August 14, 2020 to file any and all replies.

DATED this 29th day of June, 2020.
Nunc Pro Tunc: June 22, 2020.

_____
UNITED STATES DISTRICT JUDGE

4