RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Richard Fred Dittmer, II

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD FRED DITTMER, II,<br><br>Defendant. | Case No. 2:18-cr-00302-JAD-NJK<br><br>**STIPULATION TO RELEASE ATTENDANCE RECORDS FROM CHOICES**<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Richard Fred Dittmer II, that Mr. Dittmer's attendance records from his Choices counseling sessions shall be released.

1. This request is necessary as Pretrial Services will not release Mr. Dittmer's attendance records from his counseling sessions at Choices without a court order.

2. Mr. Dittmer has voluntarily attended Choices counseling sessions since the beginning of this case in October 2018.[1]

3. The attendance records are necessary for purposes of plea negotiations to show Mr. Dittmer's rehabilitation.

4. This stipulation is strictly limited to Mr. Dittmer's attendance records.

5. Mr. Dittmer agrees to this stipulation.

DATED this 27th of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender<br>Attorney for Richard Fred Dittmer, II |   */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

---

[1] ECF No. 22.

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-302-JAD-NJK |
| Plaintiff, | ORDER |
| v. | |
| RICHARD FRED DITTMER II, | |
| Defendant. | |

IT IS ORDERED that Mr. Dittmer's attendance records from his Choices counseling sessions shall be released.

Dated: July 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

3